IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-000482-EWN-02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID GLENN CARLSON,

    Defendant.

---

**ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

---

  THIS MATTER was before the Court for a supervised release violation hearing on July 10, 2008, upon report of the probation officer that the defendant has violated the terms and conditions of his supervision. The defendant admits to violation number 2 as alleged in the probation officer's petition.

  THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, hereby

  ORDERS that the violation hearing be continued until July 30, 2008, at which time, the defendant's term of supervised release will be continued under the originally imposed conditions with the added condition that he reside in a Residential Reentry Center for a period of six (6) months. The defendant shall observe the rules of that facility. It is

  FURTHER ORDERED that the defendant be remanded to the custody of the U.S. Marshal until July 30, 2008.

  DATED at Denver, Colorado, this 17th day of July, 2008.

        BY THE COURT:

        s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        Chief United States District Judge