IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00482-EWN-02

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DAVID GLENN CARLSON,

       Defendant.

---

**ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

---

       THIS MATTER was before the Court for a supervised release violation hearing on July 30, 2008, upon report of the probation officer that the defendant has violated the terms and conditions of his supervision. The defendant admits to violation number 2 as alleged in the probation officer's petition. Violation number 1 as alleged in the probation officer's petition is withdrawn.

       THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, hereby

       ORDERS that the defendant's term of supervised release be continued with the same terms and conditions that were set forth in the original judgment. It is

       FURTHER ORDERED that the defendant reside in a Residential Reentry Center for a period of six (6) months. The defendant shall observe the rules of that facility. It is

       FURTHER ORDERED that the defendant shall be released from custody on this date and transported to ComCor, the Residential Reentry Center in Colorado Springs, Colorado.

       DATED at Denver, Colorado, this 1st day of August, 2008.

       BY THE COURT:

       s/ Edward W. Nottingham
       EDWARD W. NOTTINGHAM
       Chief United States District Judge