IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **04-cr-482-JLK-2**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**2.   DAVID GLENN CARLSON,**

       Defendant.

# MINUTE ORDER

Judge John L. Kane **ORDERS**

       A Supervised Release Revocation Hearing is set for **April 20, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  February 24, 2011