IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **04-cr-482-JLK-2**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**2.**    **DAVID GLENN CARLSON,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Supervised Release Revocation Hearing is re-set for **May 9, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  April 25, 2011